# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEAN FISTER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ROOF PROS STORM DIVISION, INC., a Wisconsin corporation; CHRISTOPHER MCKINNEY, an individual, AMANDA ENGSTROM, an individual, CHRIS POSSEHL, an individual, OHIO CASUALTY INSURANCE COMPANY, a New Hampshire Company,<br><br>　　　　　　Defendants. | NO: 2:17-CV-0328-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss with Prejudice (ECF No. 32). The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B). The Court has reviewed the record and files herein, and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and with each party to bear its own fees and costs.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

DATED December 19, 2018.



THOMAS O. RICE
Chief United States District Judge